IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL WAYNE MICHAEL BRISSON,
     Plaintiff,

vs.                         Case No.:  3:18cv351/LAC/EMT

DEPUTY HOUSAM, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On May 23, 2018, Defendants filed a joint motion to dismiss Plaintiff's claims (ECF No. 9).  Plaintiff did not file a response to Defendants' motion by the fourteen-day deadline established in the Local Rules.  *See* N.D. Fla. Loc. R. 7.1(E).

On July 16, 2018, the court issued an order directing Plaintiff to file a response to the motion to dismiss within thirty (30) days (ECF No. 13).  On July 23, 2018, the copy of the order served upon Plaintiff at the Escambia County Jail (Plaintiff's address of record) was returned to the court as undeliverable, with an indication that Plaintiff had been released on July 10, 2018 (*see* ECF No. 14).  Plaintiff evidently failed to provide the jail with a forwarding address (*id.*), and he has not notified the court of a change of address.  On August 17, 2018, the court issued an order requiring

Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court and failure to keep the court apprised of his current address (ECF No. 15).  The show cause order was also returned by the Escambia County Jail as undeliverable (*see* ECF No. 16).  The docket indicates that since the date Plaintiff initiated this case, more than six months ago, he has done nothing to prosecute it; and the fact that Plaintiff has not notified the court of his new address indicates that he has no interest in pursuing it.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 17th day of September 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


Case No.: 3:18cv351/LAC/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.