IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL WAYNE MICHAEL BRISSON,
    Plaintiff,

vs.                                                  Case No.: 3:18cv351/LAC/EMT

DEPUTY HOUSAM, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 17, 2018 (ECF No. 17). The Court has attempted to furnish a copy of the Report and Recommendation to all parties and afford them an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All efforts addressed to the Plaintiff at his last furnished address have been returned as undeliverable with no forwarding address. No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

**DONE AND ORDERED** this 18th day of October, 2018.

                          s/*L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**